**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: Federal Deposit Insurance Corp. v. Bear Stearns Asset Backed Securities I LLC, et al.

Docket No.: 15-1037

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Richard W. Clary

Firm: Cravath, Swaine & Moore LLP

Address: 825 Eighth Avenue, New York, NY 10019

Telephone: (212) 474-1000     Fax: (212) 474-3700

E-mail: rclary@cravath.com

Appearance for: Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Credit Suisse Management LLC
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Julie A. North / Cravath, Swaine & Moore LLP )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

**CERTIFICATION**

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on February 2, 2011     OR

[ ] I applied for admission on .

Signature of Counsel: /s/ Richard W. Clary

Type or Print Name: Richard W. Clary